```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 14-19118-amc
Gregory L. Ciafre                                               Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Randi              Page 1 of 2              Date Rcvd: May 15, 2019
                             Form ID: 138NEW          Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db            +Gregory L. Ciafre,    3400 Bancroft Drive,    Aston, PA 19014-2604
13464300       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13425251      +Citimortgage,    1000 Technology Drive,    O'Fallon, MO 63368-2240
13758974      +MidFirst Bank,    999 Northwest Grand Blvd.,    Oklahoma City, OK 73118-6051
13425248       PO Box 339,    Lima, PA 19037-0339
13425253      +Pinnacle Credit Service,    7900 Highway 7,    St. Louis Park, MN 55426-4045
13442873      +SWDCMA,    PO Box 2466,    Aston, PA 19014-0466
13469525      +U.S. Department of Housing and Urban Development,    451 7th Street SW,
                 Washington DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:53      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 08:17:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 15 2019 08:18:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13425250      +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 15 2019 08:19:38
                 Berks Credit & Collection,    900 Corporate Drive,    Reading, PA 19605-3340
13425252      +E-mail/Text: bknotice@ercbpo.com May 15 2019 08:18:17      Enhanced Recovery,
                 8014 Bayberry Road,    Jacksonville, Fl 32256-7412
13442871       E-mail/Text: blegal@phfa.org May 15 2019 08:18:16      Pennsylvania Housing Finance Agency,
                 PO Box 8029,    Harrisburg, PA 17105
13425254      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 15 2019 08:17:13
                 Verizon,    PO Box 920041,    DallasTX 75392-0041
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13425247       John G. Gray
13442865       John G. Gray
13442868*     +Berks Credit & Collection,    900 Corporate Drive,    Reading, PA 19605-3340
13442869*     +Citimortgage,    1000 Technology Drive,    O'Fallon, MO 63368-2240
13442870*     +Enhanced Recovery,    8014 Bayberry Road,    Jacksonville, Fl 32256-7412
13425249*     +Gregory L. Ciafre,    3400 Bancroft Drive,    Aston, PA 19014-2604
13442867*     +Gregory L. Ciafre,    3400 Bancroft Drive,    Aston, PA 19014-2604
13442866*      PO Box 339,    Lima, PA 19037-0339
13442872*     +Pinnacle Credit Service,    7900 Highway 7,    St. Louis Park, MN 55426-4045
13442874*     +Verizon,    PO Box 920041,    DallasTX 75392-0041
                                                                                TOTALS: 2, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              JOHN G. GRAY    on behalf of Debtor Gregory L. Ciafre esqjgray@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    CitiMortgage, Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: May 15, 2019
                              Form ID: 138NEW          Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
            philaecf@gmail.com
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                       TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Gregory L. Ciafre
      Debtor(s)　　　　　　　　　　　　　　　Bankruptcy No: 14−19118−amc
　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

　　1. The Standing Chapter 13 Trustee has filed his final report and account.

☑　　2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑　　3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

　　4. All objections must be filed with the Clerk at the following address:

　　　　　　　　900 Market Street
　　　　　　　　Suite 400
　　　　　　　　Philadelphia, PA 19107

　　5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.


　　　　　　　　　　　　　　　　　　　　　　　For The Court
　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Dated: 5/14/19

　　　　　　　　　　　　　　　　　　　　　　　　　　　　46 – 45
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 138_new