Certificate Number: 14912-PAE-DE-032871243

Bankruptcy Case Number: 14-19118


14912-PAE-DE-032871243

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 24, 2019, at 9:47 o'clock PM EDT, Gregory Ciafre completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 24, 2019　　　　By: /s/Jai Bhatt

　　　　　　　　　　　　　Name: Jai Bhatt

　　　　　　　　　　　　　Title: Counselor